UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM M. JEFFERSON,

    Plaintiff,

v.

WEXFORD HEALTHCARE SYSTEM, DR. GARDNER, and BARBARA RODRIGUEZ,

    Defendants.

Case No. 04-cv-512 -JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff William M. Jefferson's claims against Wexford Healthcare System is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dr. Gardner and Barbara Rodriguez and against plaintiff William M. Jefferson and that the claims against defendants Dr. Gardner and Barbara Rodriguez are dismissed.

**DATED: June 16, 2008**        NORBERT JAWORSKI

    By:s/Deborah Agans,
        Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**